UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JULIE FRENCH,                                                )
                                    Plaintiff,        )   No. 07-217RSL
         v.                                              )
                                                )   ORDER TO SHOW CAUSE
PROVIDENCE EVERETT MEDICAL        )
CENTER, *et al.*,                                              )
                                  Defendants.    )
_____)

      This matter comes before the Court *sua sponte*. On August 30, 2007, defendant Constitution State Services, LLC filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. #31). As of this date, a courtesy copy of these documents has not been provided for chambers.

      Defendant Constitution State Services, LLC is hereby ORDERED to show cause within five days of this Order why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report and Early Settlement" (Dkt. #13). Defendant Constitution State Services, LLC shall immediately deliver a paper copy of the documents filed on August 30, 2007 clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

/

/

1  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar
2  for September 13, 2007.
3  DATED this 6th day of September, 2007.

*[signature]*

Robert S. Lasnik
United States District Judge