UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JULIE FRENCH,                              )
                                           )   No. C07-217L
            Plaintiff,                     )
    v.                                     )
                                           )   ORDER
PROVIDENCE EVERETT MEDICAL                 )
CENTER, *et al.*,                          )
                                           )
            Defendants.                    )
_____)

This matter comes before the Court *sua sponte*. On September 6, 2007, the Court ordered defendant Constitution State Services, LLP to deliver a courtesy copy of documents it filed on August 30, 2007. Defendant has now done so. The Order to Show Cause (Dkt. # 37) is hereby VACATED: defendant need not take any further action in response to the Order to Show Cause.

DATED this 11th day of September, 2007.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER