UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE FRENCH,<br><br>                Plaintiff,<br><br>     v.<br><br>PROVIDENCE EVERETT MEDICAL CENTER, *et al.*,<br><br>                Defendants. | No. CV 07-217RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE MOTION FOR SUMMARY JUDGMENT |

      This matter comes before the Court on plaintiff's "Motion to Continue Defendant Constitution State Services' Motion for Summary Judgment" (Dkt. #34) and plaintiff's counsel's "Motion to Withdraw as Counsel for Plaintiff" (Dkt. #39). The Court grants plaintiff's counsel's motion to withdraw.

      Plaintiff also moves under Federal Rule of Civil Procedure 56(f) to continue the hearing of defendant Constitution State Services' ("CSS") summary judgment motion until plaintiff has the opportunity to depose Jeff Anderson. As of now, Mr. Anderson's deposition is scheduled for September 28, 2007. This date may be moved, however, due to the fact that plaintiff's counsel has now withdrawn from the case. Defendant CSS does not necessarily oppose a continuance, but asks the Court to continue the summary judgment motion of third party defendant Dr. Carl as well if a continuance is granted.

      The Court concludes that plaintiff has made a sufficient showing under FRCP 56(f) to

ORDER GRANTING PLAINTIFF'S MOTION
TO CONTINUE MOTION FOR SUMMARY JUDGMENT -1

1 justify a continuance of defendant CSS' motion for summary judgment until after the completion
2 of Mr. Anderson's deposition.  Given the interrelatedness of the issues involved, the Court also
3 concludes that judicial efficiency would be promoted by continuing third party defendant's
4 summary judgment motion as well.

5       For the foregoing reasons, plaintiff's motion for a continuance (Dkt #34) is GRANTED,
6 as is plaintiff's counsel's motion to withdraw (Dkt. #39).  The Clerk of the Court is directed to
7 renote CSS' motion for summary judgment (Dkt. #31) and Dr. Carl's motion for summary
8 judgment (Dkt. #28) to November 30, 2007.  Plaintiff's response will be due on November 26,
9 2007.  This schedule will give plaintiff the opportunity to obtain new counsel and to depose Mr.
10 Anderson, while still providing defendants with the assurance that the case will move forward in
11 a timely fashion.

13       DATED this 14th day of September, 2007.

                    /s/ Robert S. Lasnik
                    Robert S. Lasnik
                    United States District Judge

28 ORDER GRANTING PLAINTIFF'S MOTION
TO CONTINUE MOTION FOR SUMMARY JUDGMENT -2