UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE FRENCH,<br><br>    Plaintiff,<br><br>    v.<br><br>PROVIDENCE EVERETT MEDICAL CENTER, *et al.*,<br><br>    Defendants. | Case No. C07-0217RSL<br><br>ORDER GRANTING PLAINTIFF"S MOTION TO EXTEND DEADLINE |

This matter comes before the Court on plaintiff's motion to extend the October 10, 2007 deadline for submitting disclosures and reports from expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2). (Dkt. #53). Plaintiff, who was proceeding *pro se* when she filed the motion, sought additional time to retain counsel. She has subsequently retained counsel. Defendant Providence Everett Medical Center does not oppose the motion. Defendant Constitutional State Services LLC opposes the motion on the grounds that it is unsupported, a continuance will result in delay, and plaintiff, despite her *pro se* status, is still required to comply with all deadlines.

The Court finds that plaintiff has shown good cause for a brief extension of the deadline. The Court prefers that cases proceed with the benefit of full discovery, and *pro se* parties may encounter additional difficulties in retaining experts. Furthermore, a brief continuance will not

ORDER GRANTING MOTION
TO EXTEND DEADLINE - 1

1 unreasonably delay the matter.  Although the expert disclosure deadline will now occur
2 contemporaneously with the close of discovery, the parties may stipulate or move the Court to
3 conduct additional expert-related discovery after the deadline if necessary.  Therefore,
4 defendants will not be prejudiced by the continuance.
5        For the foregoing reasons, plaintiff's motion to extend the deadline for submitting
6 disclosures and reports from expert witnesses pursuant to Federal Rule of Civil Procedure
7 26(a)(2) is GRANTED.  (Dkt. #53).  The deadline is extended until December 7, 2007 for all
8 parties.

10        DATED this 16th day of October, 2007.

12        _____
13        Robert S. Lasnik
          United States District Judge

ORDER GRANTING MOTION
TO EXTEND DEADLINE - 2