UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE FRENCH,

    Plaintiff,

    v.

PROVIDENCE EVERETT MEDICAL CENTER, *et al.*,

    Defendants.

Case No. C07-0217RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On January 17, 2008, defendant Constitution State Services filed a motion for summary judgment that, taken as a whole, exceeds 50 pages in length. (Dkt. #85). As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendant is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with two prior orders of this Court (Dkt. ## 13, 24) requiring courtesy copies of lengthy filings for chambers. Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE - 1

1   Defendant shall respond to this order to show cause no later than five days from the date of this
2   Order.

4        DATED this 24th day of January, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

28  ORDER TO SHOW CAUSE - 2