1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JULIE FRENCH,

10
                    Plaintiff,
11
           v.                                    Case No.  C07-0217RSL
12
PROVIDENCE EVERETT MEDICAL                       MINUTE ORDER
13
CENTER, *et al.*,
14
                    Defendants.
15

16      The following Minute Order is made and entered on the docket at the direction of the

17  HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

18

19      On March 26, 2009, third party Dr. Susan Clark filed a letter requesting to be allowed not

20  to appear at trial despite having received a subpoena.  The Court construes the letter (Dkt. #184)

21  as a motion to quash the subpoena pursuant to Federal Rule of Civil Procedure 45.  The Clerk of

22  the Court is directed to note the letter on the Court's calendar for April 3, 2009.  Plaintiff and

23  defendant should submit their response to the letter, if any, no later than 12:00 p.m. on April 3,

24  2009.  The parties must also provide a copy of their responses to Dr. Clark via facsimile.  No

25
26
27
28  MINUTE ORDER - 1

further briefing on the issue will be accepted.

DATED this 30th day of March, 2009.

s/ Kerry Simonds
Kerry Simonds, Deputy Clerk to
the Honorable Robert S. Lasnik, Judge