UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE FRENCH, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PROVIDENCE EVERETT MEDICAL CENTER, a Washington corporation, and CONSTITUTION STATE SERVICES, LLC, a Delaware corporation,<br><br>    Defendants. | Case No. C07-217RSL<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF JULIE FRENCH , and on behalf of DEFENDANT PROVIDENCE EVERETT MEDICAL CENTER in the amount of $10,073.49 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. COPYING COSTS | $866.84 | 0 | $866.84 |

Costs incurred for in-house copying of deposition exhibits and trial exhibits plus outside copying of trial exhibits are taxable.

| | | | |
|---|---|---|---|
| II. DEPOSITION COSTS | $8,194.30 | $986.65 | $7,207.65 |

Costs for depositions used by either party at trial or in support of or in opposition to the motion for summary judgment are taxable. Clerk did not allow costs for video deposition and deposition of Paul Miller.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. EXPERT FEES | $2,642.50 | $2,642.50 | 0 |

Expert witness fees are not taxable.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. ATTORNEY TRAVEL | $789.76 | $789.76 | 0 |

Attorney travel is not a taxable cost.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. TRIAL TRANSCRIPT | $1,326.85 | $1,326.85 | 0 |

Absent specific authorization from the court the costs for obtaining the trial transcript are not taxable.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VI. WITNESS FEES | $1,999.00 | 0 | $1,999.00 |

All witness fees requested are taxable.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VII DELIVERY FEES | $523.30 | $523.30 | 0 |

Delivery fees are not taxable.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VIII. SERVICE OF PROCESS | $705.38 | $705.38 | 0 |

Only cost for service of summons and complaint are taxable.

Dated this ___13th___ day of MAY, 2009.

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2